Case 3:06-cv-03115-MJJ   Document 32   Filed 03/02/2007   Page 1 of 2

1  SCOTT N. SCHOOLS (SCBN 990)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, CA 94102
      Telephone: (415) 436-6816
7     Facsimile:  (415) 436-6748
      email:    stephanie.hinds@usdoj.gov
8
   Attorneys for Plaintiff
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO VENUE

13 UNITED STATES OF AMERICA,              )   No.  C 06-3115 MJJ
                                          )
14          Plaintiff,                    )
                                          )
15     v.                                 )
                                          )
16 1. REAL PROPERTY AND IMPROVEMENTS )        STIPULATION REQUESTING STAY
      LOCATED AT 118 TEXAS STREET,        )   OF FORFEITURE PROCEEDINGS
17    SAN FRANCISCO, CALIFORNIA, AND      )
                                          )
18 2. REAL PROPERTY AND IMPROVEMENTS )
      LOCATED AT 39265 COVELO ROAD,       )
19    WILLITS , CALIFORNIA,               )
                                          )
20          Defendants.                   )
   _____)
21
          IT IS HEREBY STIPULATED by and between plaintiff United States of America and claimants
22
   Rafael Ramirez Jr., Carlos Ramirez, Maria Ramirez and Washington Mutual Bank, through undersigned
23
   counsel, that this action be stayed pursuant to 21 U.S.C. § 881(j). Rafael Ramirez Jr., who has filed a
24
   claim contesting the forfeiture of the defendant properties, has been charged by an indictment with drug
25
   trafficking offenses in the Northern District of California. The underlying criminal activity alleged in the
26
   indictment, in large part, the basis for the forfeiture allegations in the government's complaint for
27
   forfeiture. Consequently, the parties agree that a stay in the forfeiture proceeding is appropriate in order
28

   STIPULATION RE STAY OF FORFEITURE PROCEEDINGS
   C 06-3115 MJJ                                                                                             1

1  to preserve Rafael Ramirez Jr's right against self-incrimination in the related criminal matter. The
2  parties thus request that matter be stayed pending resolution of the related criminal prosecution against
3  Rafael Ramirez Jr. Accordingly, the parties request that the case management conference currently set
4  for Tuesday, March 6, 2007, at 2:00 pm be vacated and that the matter be set for status on June 5, 2007.

DATED: 03/01/07                             /S/
                                    STEPHANIE M. HINDS
                                    Assistant United States Attorney


DATED: 03/02/07                             /S/
                                    NINA WILDER, ESQ
                                    Attorney for Rafael Ramirez Jr, Carlos Ramirez and
                                    Maria Ramirez


DATED: 03/01/07                             /S/
                                    SCOTT STILMAN, ESQ
                                    Attorney for Washington Mutual Bank


IT IS HEREBY ORDERED:

Upon the stipulation of counsel, and good cause appearing, the above-entitled civil forfeiture action is stayed in light of the pending related criminal prosecution of Rafael Ramirez Jr. The case management conference scheduled for March 6, 2007, at 2:00 pm. is vacated. The matter is continued to June 5, 2007 for status.

DATED: 3|4|2007

MARTIN J. JENKINS
United States District Judge

STIPULATION RE STAY OF FORFEITURE PROCEEDINGS
C 06-3115 MJJ

2