1   SCOTT N. SCHOOLS (SCBN 990)
    United States Attorney

2

3   MARK L. KROTOSKI (CSBN 138549)
    Chief, Criminal Division

4   STEPHANIE M. HINDS (CSBN 154284)
    Assistant United States Attorney

5

6   450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102

7   Telephone: (415) 436-6816
    Facsimile: (415) 436-6748

8   email:    stephanie.hinds@usdoj.gov

    Attorneys for Plaintiff

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO VENUE

13   UNITED STATES OF AMERICA,              )   No.  C 06-3115 MJJ
                                            )
14                      Plaintiff,          )
                                            )
15           v.                             )
                                            )
16   1.  REAL PROPERTY AND IMPROVEMENTS )       STIPULATION TO CONTINUE CASE
         LOCATED AT 118 TEXAS STREET,       )   MANAGEMENT CONFERENCE
17       SAN FRANCISCO, CALIFORNIA, AND     )
                                            )
18   2.  REAL PROPERTY AND IMPROVEMENTS )
         LOCATED AT 39265 COVELO ROAD,      )
19       WILLITS , CALIFORNIA,              )
                                            )
20                      Defendants.         )
                                            )
21   _____ )

22          IT IS HEREBY STIPULATED by and between plaintiff United States of America and claimants

23   Rafael Ramirez Jr., Carlos Ramirez, Maria Ramirez and Washington Mutual Bank, through undersigned

     counsel, that the case management conference, currently scheduled for June 5, 2007, be continued until
24
     June 26, 2007, or as soon thereafter as the Court may hear the action. The parties contend that a
25
     continuance is necessary, in part, due to the unavailability of counsel for one of the claimants, and to
26
     permit the parties adequate time to informally discuss settlement.  Accordingly, the parties request that
27
     the case management conference currently set for Tuesday, June 5, 2007, at 2:00 pm be vacated and that
28

     STIPULATION TO CONTINUE CMC
     C 06-3115 MJJ                                                                      1

1    the matter be set for status on June 26, 2007.

2

3    DATED: 5/31/07

                               STEPHANIE M. HINDS

4                                Assistant United States Attorney

5

6    DATED:

7                                NINA WILDER, ESQ
                               Attorney for Rafael Ramirez Jr, Carlos Ramirez and
                               Maria Ramirez

8

9

10    DATED:

11                                SCOTT STILMAN, ESQ
                               Attorney for Washington Mutual Bank

12

13

14 ~~[PROPOSED]~~ ORDER

15       Upon the stipulation of counsel, and good cause appearing, the case management conference

16 scheduled for June 5, 2007, at 2:00 pm. is vacated. The matter is continued to ___July 24, 2007_____

17 for status. A Joint Statement to be filed by the parties 10 days prior to the conference.

18       IT IS HEREBY ORDERED:

19    DATED:   6/1/2007

20                                MARTIN J. JENKINS
                               United States District Judge

21

22

23

24

25

26

27

28

**STIPULATION TO CONTINUE CMC**
**C 06-3115 MJJ**

1    the matter be set for status on June 26, 2007.

2

3    DATED: 5/31/07

                             STEPHANIE M. HINDS
4                              Assistant United States Attorney

5

6    DATED:                      NINA WILDER, ESQ
7                              Attorney for Rafael Ramirez Jr, Carlos Ramirez and
                             Maria Ramirez

8

9

10    DATED:

                             SCOTT STILMAN, ESQ
11                              Attorney for Washington Mutual Bank

12

13

14                        **[PROPOSED] ORDER**

15       Upon the stipulation of counsel, and good cause appearing, the case management conference

16    scheduled for June 5, 2007, at 2:00 pm. is vacated. The matter is continued to

17    for status.

18       IT IS HEREBY ORDERED:

19    DATED:

                  MARTIN J. JENKINS
20                   United States District Judge

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE CMC
C 06-3115 MJJ                                    2

1  the matter be set for status on June 26, 2007.

3  DATED: 5/31/07

STEPHANIE M. HINDS
Assistant United States Attorney

6  DATED:

NINA WILDER, ESQ
Attorney for Rafael Ramirez Jr, Carlos Ramirez and
Maria Ramirez

9  DATED: 5-31-07

SCOTT STILMAN, ESQ
Attorney for Washington Mutual Bank

[PROPOSED] ORDER

Upon the stipulation of counsel, and good cause appearing, the case management conference
scheduled for June 5, 2007, at 2:00 pm. is vacated. The matter is continued to _____
for status.

IT IS HEREBY ORDERED:

19  DATED:

MARTIN J. JENKINS
United States District Judge

STIPULATION TO CONTINUE CMC
C 06-3116 MJJ

2

TOTAL P.03