1  SCOTT N. SCHOOLS (SCBN 990)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CSBN 202121)
3  Acting Chief, Criminal Division

4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, CA 94102
       Telephone: (415) 436-6816
7      Facsimile:  (415) 436-6748
       email:     stephanie.hinds@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO VENUE

13
   UNITED STATES OF AMERICA,            )   No.   C 06-3115 MJJ
14                                      )
                   Plaintiff,           )
15                                      )
         v.                             )
16                                      )
                                        )   **STIPULATION TO CONTINUE CASE**
17 1.  REAL PROPERTY AND IMPROVEMENTS   )   **MANAGEMENT CONFERENCE**
       LOCATED AT 118 TEXAS STREET,     )
18     SAN FRANCISCO, CALIFORNIA, AND   )
                                        )
19 2.  REAL PROPERTY AND IMPROVEMENTS   )
       LOCATED AT 39265 COVELO ROAD,    )
20     WILLITS , CALIFORNIA,            )
                                        )
21                                      )
                   Defendants.          )
22 _____)

23

24     IT IS HEREBY STIPULATED by and between plaintiff United States of America and claimants

25 Rafael Ramirez Jr., Carlos Ramirez, Maria Ramirez and Washington Mutual Bank, through undersigned

26 counsel, that the case management conference, currently scheduled for July 24, 2007, be continued until

27 October 2, 2007, or as soon thereafter as the Court may hear the action.  The parties contend that a

28 continuance is necessary to permit the parties adequate time to informally reach a settlement in this

**STIPULATION RE STAY OF FORFEITURE PROCEEDINGS**
**C 06-3115 MJJ**                                                                                          *1*

1 | matter. Accordingly, the parties request that the case management conference currently set for Tuesday,
2 | July 24, 2007, at 2:00 pm be vacated and that the matter be set for status on October 2, 2007.

4 | DATED: 07/11/07                             /S/
5 |                                             STEPHANIE M. HINDS
6 |                                             Assistant United States Attorney

7 |
8 | DATED: 07/11/07                             /S/
  |                                             NINA WILDER, ESQ
  |                                             Attorney for Rafael Ramirez Jr, Carlos Ramirez and
9 |                                             Maria Ramirez

11 | DATED: 07/11/07                            /S/
12 |                                             SCOTT STILMAN, ESQ
   |                                             Attorney for Washington Mutual Bank

### [PROPOSED] ORDER

Upon the stipulation of counsel, and good cause appearing, the case management conference scheduled for July 24, 2007, at 2:00 pm. is vacated. The matter is continued to  October 2, 2007, 2:00 p.m.  for status.

IT IS HEREBY ORDERED.

DATED: 7/13/2007

*[signature: Martin J. Jenkins]*
MARTIN J. JENKINS
United States District Judge

**STIPULATION RE STAY OF FORFEITURE PROCEEDINGS**
**C 06-3115 MJJ**                                                                                      2