1  SCOTT N. SCHOOLS (SCBN 990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, CA 94102
       Telephone: (415) 436-6816
7      Facsimile:  (415) 436-6748
       email:     stephanie.hinds@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO VENUE

13
   UNITED STATES OF AMERICA,           )    No.  C 06-3115 MJJ
14                                      )
              Plaintiff,                )
15                                      )
        v.                              )
16                                      )
                                        )    **STIPULATION TO CONTINUE CASE**
17  1. REAL PROPERTY AND IMPROVEMENTS )      **MANAGEMENT CONFERENCE**
       LOCATED AT 118 TEXAS STREET,    )
18     SAN FRANCISCO, CALIFORNIA, AND  )
                                        )
19  2. REAL PROPERTY AND IMPROVEMENTS )
       LOCATED AT 39265 COVELO ROAD,   )
20     WILLITS, CALIFORNIA,            )
                                        )
21                                      )
              Defendants.               )
22  _____)

23

24       IT IS HEREBY STIPULATED by and between plaintiff United States of America and claimants

25  Rafael Ramirez Jr., Carlos Ramirez, Maria Ramirez and Washington Mutual Bank, through undersigned

26  counsel, that the case management conference, currently scheduled for October 2, 2007, be continued

27  until December 18, 2007, or as soon thereafter as the Court may hear the action. The parties contend that

28

**STIPULATION RE CONTINUANCE**
**OF CASE MANAGEMENT CONFERENCE**
**C 06-3115 MJJ**                                                                        *1*

1  a continuance is necessary, in part, because counsel for claimants Rafael Ramirez, Carlos Ramirez and
2  Maria Ramirez, is currently involved in criminal trial before the Honorable William H. Alsup. It is
3  anticipated that the trial will continue through next week. Additionally, the parties have been engaged in
4  settlement discussions which have proven fruitful. It is further anticipated that the parties will be able to
5  finalize an agreement within the next two months. Accordingly, the parties request that the case
6  management conference currently set for Tuesday, October 2, 2007, at 2:00 pm be vacated and that the
7  matter be set for status on December 18, 2007.

DATED: 9/27/07

STEPHANIE M. HINDS
Assistant United States Attorney

DATED:

NINA WILDER, ESQ
Attorney for Rafael Ramirez Jr, Carlos Ramirez and
Maria Ramirez

DATED: 9/28/07

SCOTT STILMAN, ESQ
Attorney for Washington Mutual Bank

### [PROPOSED] ORDER

Upon the stipulation of counsel, and good cause appearing, the case management conference scheduled for October 2, 2007, at 2:00 pm. is vacated. The matter is continued to December 18, 2007 @ 2:00 pm. for status.

IT IS HEREBY ORDERED.

DATED: 10/1/2007

MARTIN J. JENKINS
United States District Judge

STIPULATION RE CONTINUANCE
OF CASE MANAGEMENT CONFERENCE
C 06-3115 MJJ

2