IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

1. REAL PROPERTY AND IMPROVEMENTS LOCATED AT 118 TEXAS STREET, SAN FRANCISCO, CALIFORNIA, and

2. REAL PROPERTY AND IMPROVEMENTS LOCATED AT 39265 COVELO ROAD, WILLITS, CALIFORNIA,

    Defendants.
                                           /

No. C 06-03115 JSW

**ORDER OF REFERRAL**

On February 19, 2010, Plaintiff filed a motion for default judgment and noticed it for hearing on April 9, 2010. Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the motion to a randomly assigned Magistrate Judge to prepare a report and recommendation on the motion. The hearing date set for April 9, 2010 is VACATED. If you do not hear from the Court regarding an assignment to a Magistrate Judge within 14 days, please contact this Court's Courtroom Deputy, Jennifer Ottolini at 415-522-4173.

**IT IS SO ORDERED.**

Dated: February 22, 2010

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE

cc: Wings Hom