1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CSBN 163973)
3   Chief, Criminal Division

4   STEPHANIE M. HINDS (CSBN 154284)
    Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6816
7      Facsimile: (415) 436-6748
       email: stephanie.hinds@usdoj.gov
8
    Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13
    UNITED STATES OF AMERICA,          )   No. C 06-3115 ~~MJJ~~  CRB
14
            Plaintiff,                 )
15                                     )
         v.                            )
16                                     )   **SETTLEMENT STIPULATION AND**
    1.  REAL PROPERTY AND              )   **~~[PROPOSED]~~ ORDER OF FORFEITURE**
17      IMPROVEMENTS LOCATED AT        )   **RE DEFENDANT 118 TEXAS STREET**
        118 TEXAS STREET, SAN FRANCISCO, )
18      CALIFORNIA, AND                )
                                       )
19  2.  REAL PROPERTY AND              )
        IMPROVEMENTS LOCATED AT        )
20      39265 COVELO ROAD, WILLITS     )
        CALIFORNIA,                    )
21                                     )
            Defendants.                )
22  _____)

23          This Agreement is solely by and between plaintiff, United States of America (hereinafter

24  "Plaintiff"), and claimants Rafael Ramirez, Sr. and Maria Ramierez, to compromise and settle their

25  claims to the defendant real property and improvements located at 118 Texas Street, San Francisco

26  (hereinafter "Texas Street Property") in the above-captioned action.  The parties hereby stipulate and

27  agree as follows:

28
    *SETTLEMENT AGREEMENT AND*
    *[PROPOSED] FORFEITURE ORDER RE TEXAS STREET PROPERTY*
    *[C 06-3115 MJJ]*                                        *1*

1.     On May 10, 2006, plaintiff filed a complaint seeking forfeiture of the Texas Street Property, pursuant to Title 21, United States Code, Section 881(a)(7), alleging that said property was used by Rafael Ramirez, Jr., as a stash house to store illegal controlled substances, and to facilitate the cultivation of marijuana.

2.     Carlos Ramirez, Rafael Ramirez, Jr., Rafael Ramirez, Sr. and Maria Ramirez each have an ownership interest in the Texas Street Property.

3.     On May 2, 2006, a federal grand jury for the Northern District of California returned an indictment charging Rafael Ramirez, Jr., among others, for their participation in a conspiracy to distribute controlled substances.  On March 23, 2007, Rafael Ramirez, Jr. pled guilty to possession with the intent to distribute and distribution of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1) and agreed to forfeit his interest in the Texas Street Property to the United States.

4.     Carlos Ramirez filed a claim asserting his interest in the Texas Street Property.  Pursuant to this stipulation, Carlos Ramirez hereby withdraws his claim and consents to the forfeiture of his interest in the Texas Street Property.

5.     Rafael Ramirez, Sr. and Maria Ramirez each filed claims to the Texas Street property in this action, and are without knowledge or involvement of the drug activity on the property.

6.     In full settlement of their claims in this action, Rafael Ramirez, Sr. and Maria Ramirez shall pay the United States the sum of $55,000 (which sum represents 50% of the estimated equity value in the property) to retain full title to the Texas Street property in lieu of forfeiture of the portions of the Texas Street Property held by Rafael Ramirez, Jr. and Carlos Ramirez.  Claimants shall make said payment in the form of a cashier's check made payable to the United States Marshals Service within 90 days from the date of entry of this Order.

7.     Upon full payment as set forth in paragraph 6 above, the United States will release its lis pendens recorded against the Texas Street Property and will transfer all right, title and interest it obtains in said property to Claimants Rafael Ramirez, Sr. and Maria Ramirez.

8.     Claimants Rafael Ramirez, Sr. and Maria Ramirez agree to hold harmless Plaintiff and any agents, servants, and employees of the United States (or any state and local law enforcement agency)

acting in their individual or official capacities, for all acts directly or indirectly related to or arising from the forfeiture of the Texas Street Property or this forfeiture action.

9.     Each party agrees to bear its own costs and attorneys' fees.

10.   This Agreement is contingent on the Court's entry of an order or judgment declaring the interests of Rafael Ramirez, Jr. in the Texas Street Property forfeited to the United States pursuant to the motion for default judgment currently pending in this action.

DATED:                                     JOSEPH P. RUSSONIELLO
                                           United States Attorney


                                           STEPHANIE M. HINDS
                                           Assistant United States Attorney

DATED: 05 24. 10
                                           NINA WILDER
                                           Attorney for Claimants Rafael Ramirez, Sr. and Maria
                                           Ramirez

DATED: 5-6-2010
                                           RAFAEL RAMIREZ, SR.
                                           Claimant

DATED: 5-6-2010
                                           MARIA RAMIREZ
                                           Claimant

DATED: 5|10|10
                                           CARLOS RAMIREZ
                                           Claimant

## ORDER

IT IS SO ORDERED.

DATED: June 2, 2010
                                           United States

                                           IT IS SO ORDERED
                                           Judge Charles R. Breyer

*SETTLEMENT AGREEMENT AND*
*[PROPOSED] FORFEITURE ORDER RE TEXAS STREET PROPERTY*
*[C 06-3115 MJJ]*

3