IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 118 TEXAS STREET, SAN FRANCISCO, CALIFORNIA, *et al.*,<br><br>    Defendant. | No. C 06-3115 CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The court has reviewed Magistrate Judge Chen's Report and Recommendation Re: Plaintiff's Administrative Motion to Reopen the Case and Motion for Default Judgment. No objections have been filed. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, Plaintiff's Motion to Reopen the Case and Plaintiff's Motion for Default Judgment are GRANTED.

**IT IS SO ORDERED.**

Dated: July 14, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\3115\Order Adopting Report and Recommendation.wpd